## O. A. Brock, Appellant, v. Guy Derry, Appellee.
### Gen. No. 10,063.

opinion filed April 18, 1946; released for publication May 6, 1946. Morgan, Pendarvis & Morgan, for appellant; Galbraith & Baymiller, for appellee. Opinion by JUSTICE DOVE. **Not to be published in full.**